IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMEERAH L. BEALE** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 22-4810 |
| **v.** | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 27th day of December 2023, upon consideration of this Court's Rule to Show Cause Order, (ECF 18), and Plaintiff's failure to respond, it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion and pursuant to Federal Rule of Civil Procedure 41(b), this matter is **DISMISSED**, with prejudice, for failure to prosecute. It is further **ORDERED** that all outstanding motions are **DENIED** as moot. The Clerk of Court is directed to close this case.

        **BY THE COURT:**

        */s/ Nitza I. Quiñones Alejandro*
        **NITZA I. QUIÑONES ALEJANDRO**
        *Judge, United States District Court*